ACCEPTED
03-14-00192-CR
6264351
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 7:33:18 AM
JEFFREY D. KYLE
CLERK

**IN THE**

**COURT OF APPEALS**

**THIRD SUPREME JUDICIAL DISTRICT**

**OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 7:33:18 AM
JEFFREY D. KYLE
Clerk

**TRIAL COURT NO. CR2013-543**

**DOCKET NOS. 03-14-00192-CR**

**THE STATE OF TEXAS**

**VS.**

**CHRISTOPHER LAWRENCE**

---

**ON APPEAL FROM**

**207TH JUDICIAL DISTRICT COURT**

**OF COMAL COUNTY, TEXAS**

---

I hereby certify that I complied with Tex. R. App. P. 48.4 by sending by certified mail notice to Appellant of his rights to file a Petition for Discretionary Review pro se. A copy of the return receipt is attached hereto.

C. WAYNE HUFF
P.O. Box 2334
Boerne, Texas 78006
Bar Card No. 10180600
(214) 803-4127/ Fax: (830) 230-5567
ATTORNEY FOR APPELLANT

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Christopher Lawrence
3001 S. Emily Dr.
McConnell Unit
Beeville, TX 78102

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X ☑ Agent ☐ Addressee

**B. Received by (Printed Name)** | **C. Date of Delivery**
7-23-15

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☑ No

**3. Service Type**
- ☑ Certified Mail®
- ☐ Registered
- ☐ Insured Mail
- ☐ Priority Mail Express™
- ☐ Return Receipt for Merchandise
- ☐ Collect on Delivery

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number**
(Transfer from service label)

7014 0510 0001 7967 3375

PS Form 3811, July 2013      Domestic Return Receipt